UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL DUARTE RODRIGUEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LARRY SMALL,<br><br>　　　　Respondent.<br>_____ | 1:09-cv-00424 MJS HC<br><br>ORDER DISREGARDING RESPONDENT'S MOTION FOR EXTENSION OF TIME AS MOOT<br><br>ORDER REQUIRING RESPONDENT TO FILE RESPONSE<br><br>[Doc. 18] |

　　　　On January 19, 2010, Respondent requested a sixty (60) day extension of time to file a response. (Mot., ECF No. 18.) Over sixty (60) days have passed without the Court having been able to address the motion, effectively rendering the motion moot.  The Court will give Respondent an additional sixty days to respond.

　　　　Respondent is hereby ordered to respond to Petitioner's petition for habeas corpus within **sixty (60) days** of the date of service of this order. Respondent is also ordered to submit to the court a Consent/Decline form indicating whether Respondent consents or declines to the consent of the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1) within **thirty (30) days** of the date of service of this order. All further filings by Respondent and Petitioner shall conform to the briefing schedule described in this Court's November 18, 2009 order. (Order, ECF No. 14.)

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to disregard Respondent's Motion for Extension of Time as MOOT [ECF No. 18];
2. Respondent is ORDERED to file a response within **sixty (60) days** of the date of service of this order; and
3. Respondent is ORDERED to file Consent/Decline form to Magistrate Judge jurisdiction within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: August 18, 2010            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE