UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL DUARTE RODRIGUEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LARRY SMALL,<br><br>　　　　Respondent. | 1:09-cv-00424 MJS HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION<br><br>ORDER GRANTING MOTION TO WITHDRAW REQUESTS TO STAY PROCEEDINGS<br><br>[Docs. 17, 20, and 21] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1).  (ECF No. 9.)

　　　　On July 27, 2009, Petitioner filed a motion to stay the present federal petition to allow time to exhaust additional claims before state courts.  (Mot. to Stay, ECF No. 12.)  On November 9, 2009, the Court issued an order denying Petitioner's motion to stay. (Order, ECF No. 13.)  On November 30, 2009, Petitioner filed a motion for the Court to reconsider the motion to stay. (Mot. to Reconsider, ECF No. 17.)  On May 27, 2010, Petitioner filed a second motion for the Court to reconsider the motion to stay. (Second Mot. to Reconsider, ECF No. 20.) On July 16, 2010 Petitioner filed a motion to amend the petition for writ of habeas corpus and to withdraw requests to stay the proceedings. (Mot. to Amend, ECF No. 21.) This order

shall address the November 30, 2009 and May 27, 2010 motions for reconsideration, and July 16, 2010 motion to amend the petition and withdraw motions for reconsideration.

I.     **MOTION TO AMEND**

Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Petitioner may amend as a matter of course up to 21 days after a responsive pleading or motion is filed. Respondent has yet to file a response. Accordingly, Petitioner's motion to file an amended petition is GRANTED.

II.    **MOTION TO WITHDRAW REQUESTS TO RECONSIDER MOTION TO STAY**

Petitioner's request to withdraw his motions to reconsider his motion to stay the proceedings is GRANTED. The Court shall not consider the motions to reconsider filed by Petitioner. (ECF Nos. 17, 20.)

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's motion to file an amended petition is GRANTED. [Doc. 16]
2. Petitioner's request to withdraw his motions to reconsider the motion to stay the proceedings is GRANTED. [Docs. 17, 20]

IT IS SO ORDERED.

Dated:   August 21, 2010                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE